381 A.2d 890

Commonwealth v. Ashford, Appellant.

Argued September 16, 1977. Charles S. Lieberman, for appellant; Charles A. Klein, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.